**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: DORIS HOECHERL  
431 GEORGEAN CT.  
SYCAMORE, IL 60178

SSN-xxx-xx-3121

Case Number: 04-70539

Case filed on: 2/4/2004  
Plan Confirmed on: 4/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,222.96    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CHARLES L FIERZ | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
|  | Total Legal | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 201 | BENEFICIAL FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 1,493.57 | 1,485.47 | 1,485.47 | 0.00 |
|  | Total Priority | 1,493.57 | 1,485.47 | 1,485.47 | 0.00 |
| 999 | DORIS HOECHERL | 0.00 | 0.00 | 22.96 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 22.96 | 0.00 |
| 001 | HFC | 3,238.98 | 3,238.98 | 1,510.12 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 114.52 | 114.52 | 53.39 | 0.00 |
| 003 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 6,837.29 | 6,837.29 | 3,187.77 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 6,054.42 | 6,054.42 | 2,822.77 | 0.00 |
| 007 | FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 5,980.09 | 5,980.09 | 2,788.12 | 0.00 |
| 009 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 2,946.88 | 2,946.88 | 1,373.94 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 11,452.59 | 11,452.59 | 5,339.57 | 0.00 |
| 015 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 4,508.26 | 4,508.26 | 2,101.90 | 0.00 |
|  | Total Unsecured | 41,133.03 | 41,133.03 | 19,177.58 | 0.00 |
|  | Grand Total: | 43,626.60 | 43,618.50 | 21,686.01 | 0.00 |

Total Paid Claimant: $21,686.01  
Trustee Allowance: $1,536.95  
Percent Paid Unsecured: 46.62

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/30/2007    By /s/Heather M. Fagan